The People of the State of Illinois, Defendant in Error, v. Carl H. Stowe, Plaintiff in Error.

Gen. No. 64–55.   (Abstract of Decision.)

Fifth District.
September 18, 1964.
Rehearing denied October 8, 1964.

George E. Ginos, of Hillsboro, for plaintiff in error; William G. Clark, Attorney General, of Springfield (James E. Buchmiller, State's Attorney, of Greenville, Fred G. Leach and George W. Kinney, Assistant Attorneys General, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.